UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALISON E. MINNIS, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON DSHS, <br> Division of Developmental Disabilities, <br><br> Defendant. | CASE NO. C11-5600BHS <br><br> ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |

This matter comes before the Court on Plaintiff's application to proceed in forma pauperis. Dkt. 1. The court has considered the motion and the remainder of the record herein.

The district court may permit indigent litigants to proceed in forma pauperis upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the "privilege of pleading in forma pauperis . . . in civil actions for damages should be allowed only in exceptional circumstances." *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986). Moreover, the court has broad discretion in denying an application to proceed in forma pauperis. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

It appears that Plaintiff has the ability to pay the $350 filing fee in this case. Plaintiff has made a choice to file this civil action. While the costs of this action may place a burden on her resources, Plaintiff appears to have sufficient funds to avail herself of her legal remedies by filing this action.

ORDER - 1

Therefore, it is hereby

**ORDERED** that Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **DENIED**. If Plaintiff desires to proceed with this civil action, she must pay the $350 filing fee to the Court Clerk not later than September 11, 2011. If Plaintiff fails to timely submit the filing fee, the Clerk is directed to dismiss this case without prejudice.

DATED this 11th day of August, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2