UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALISON E MINNIS,

           Plaintiff,

    v.

STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES,

           Defendant.

CASE NO. C11-5600 BHS

ORDER GRANTING MOTIONS TO EXTEND DEADLINES

This matter comes before the Court on the parties' motions to extend deadlines (Dkts. 41 & 42).

On September 19, 2012, the Court issued a scheduling order. Dkt. 38. On January 11, 2012, both parties filed a motion to extend deadlines. Dkts. 41 & 42. The Court finds that there is good cause to alter the current scheduling order. Therefore, the Court grants the motions. The Clerk shall strike the current scheduling order. The next available trial date is December 17, 2013, and the Clerk shall issue a scheduling order based on that date.

**IT IS SO ORDERED.**

Dated this 31st day of January, 2013.

                                  BENJAMIN H. SETTLE
                                  United States District Judge

ORDER